# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

To: TAMPA ELECTRIC COMPANY

From: Rodrick DeBose

Date Notice served: 1/30/2021

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent

Dear TAMPA ELECTRIC COMPANY,

I, Rodrick DeBose do declare the following to be true and correct to the best of my knowledge:

This is a lawful notice. Please read it carefully. It informs you. It means what it says. I do not stand under the Law Society's 'legalese' and there are no hidden meanings or interpretations beyond the simple English statements herein.

A reply to this notice is REQUIRED and is to be made stating the respondent's clearly legible full name and on his or her full commercial liability and penalty of perjury. Your response is required within TEN (10) days from the recorded delivery date of this notice; failure to respond in substance will provide your tacit consent to all of the FACTS contained within this Notice and or any previous Notice served; and that you agree that you are unable to provide lawful proof-of-claim to the contrary. DO NOT IGNORE IT.

You are hereby again put on Notice of my standing and the lawful facts. If you fail to respond to the aforesaid Notices in 'substance' or within the reasonable time frame provided herein, without first legally rebutting the points of law claimed herein or within previous Notice(s) served, it shall be taken to mean by all interested parties that all claims and assertions stated by me herein/therein are true and indisputable lawful facts and, that you agree to them entirely and without exception.

I, Rodrick DeBose over the age of twenty one years, whilst mentally competent to witness, and with first hand knowledge of the facts do say the following, that:

STATEMENT OF TRUTH: Congressional findings and declaration of purpose Pursuant ABUSIVE PRACTICES 15 USC 1692(a) There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

INADEQUACY OF LAWS (b) Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

AVAILABLE NON-ABUSIVE COLLECTION METHODS (c) Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

INTERSTATE COMMERCE (d) Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.
PURPOSES (e) It is the purpose of this subchapter to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.
Fact, Pursuant 15 USC 1692b(2) not state that such consumer owes any debt; I have been receiving formal complaint stating that I owe a debt shown in exhibits.

Fact, Pursuant 15 USC 1692b(5) not use any language or symbol on any envelope or in the contents of any communication effected by the mails or telegram that indicates that the debt collector is in the debt collection business or that the communication relates to the collection of a debt; and. TAMPA ELECTRIC COMPANY has used symbols on the envelope and in the contents of the envelopes while attempting to collect on alleged debt that is not owed. Shown in exhibits.

Fact, Pursuant 15 USC 1692f(8) Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business. TAMPA ELECTRIC COMPANY used symbol on envelope sent by mail they are known debt collection business. Shown in exhibits.

Fact, Pursuant 15 USC 1692(a) they have used deceptive practice to collect on a debt that is not owed by using 15 USC 1692j(a) deceptive forms sent through the mails. Shown in exhibit.

Fact, Pursuant 15 USC 1692c(a) Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, Fact, Fact, Pursuant15 USC 1692c(a). a debt collector may not communicate with a consumer in connection with the collection of any debt— TAMPA ELECTRIC COMPANY has been and continue to communicate with me. Shown in exhibits

Fact, Pursuant 15 USC 1692c(a)(1) at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer. In the absence of knowledge of circumstances to the contrary, a debt collector shall assume that the convenient time for communicating with a consumer is after 8 o'clock antemeridian and before 9 o'clock postmeridian, local time at the consumer's location;  TAMPA ELECTRIC COMPANY agent called me when I was at work in regards to the first affidavit they received. That was in convenient time for me the consumer. Shown in exhibits.

Fact, Pursuant 15 USC 1692c(c) If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—. TAMPA ELECTRIC COMPANY continue to send me formal complaints stating facts every month after receiving my cease and desist letter attempting to collect an debt that is not owed.

Fact, Pursuant 15 USC 1692c(c)(2)- to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or. I Rodrick DeBose, the original creditor and natural person list of remedies. 1. Zero out the balance on this account every mouth. 2. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits. 3. Pursuant 15 USC 1692h remit all payment to Rodrick DeBose.

Fact, Pursuant 15 USC 1692e(2)(A) the character, amount, or legal status of any debt; or. The amount stated TAMPA ELECTRIC COMPANY deceptive form show positive balance and that is confusing and misuse of my credit card (social security card 15 USC 1602(l) ) which TAMPA ELETRIC Company use month. I gave TAMPA ELECTRIC COMPANY authorization of my credit card during a consumer credit transaction 15 USC 1602(i). Shown in exhibits.

Fact, pursuant 15 USC 1692e(11) during initial communication it was never disclose that this was an attempt to collect a debt probably because they had my credit card information.

Fact, pursuant 15 USC 1692e(14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

TAMPA ELECTRIC COMPANY keep going by the name TECO which violates 15 USC 1692e(14) shown in exhibits.

On Fact, pursuant 15 USC 1602(p) that there has been unauthorized use of my credit card without me benefiting from this consumer credit transaction that I initially authorize with the assumption I would benefit from it. My lack of benefit were taken by misleading and deceptive forms every month 15 USC 1692j(a). TAMPA ELECTRIC COMPANY has been attempting to collect on a debt that is not owed. According to Truth in Lending Act 15 USC 1602(g) only a person can be a creditor; I am the original creditor. This herein affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it. If called upon to testify as a witness I the consumer and original creditor shall so state herein. Pursuant 15 USC 1692e(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. The fair debt collection practices acts has been violated and pursuant 15 USC 1692k(a)(2) civil liabilities invoice is attached. Invoice will be attached.

This being the second Notice to be served I use this 'Notice of Default and Opportunity to Cure' as a reminder of the first preceding Affidavit of Truth, which was either ignored or mislaid, or was not answered correctly according to the claims and assertions stated within it in 'SUBSTANCE'.

Allowing for a reasonable time frame for you to respond to this 'Notice of Default and Opportunity to Cure', I hereby offer you this further chance to rebut or confirm my understanding of the common law as referred to in my previous Notice(s) so that you may remain in honor, and thus by doing so enabling an opportunity to remedy this matter by law, amicably so as to save any future breach of the peace or torts being committed.

I hereby attest and affirm that all of the above is the truth and as to my lawful understanding.

Without malice, vexation, frivolity or ill will, and on my full commercial liability and penalty of perjury and, with no admission of liability whatsoever and with my natural, indefeasible and unalienable Common law rights reserved.

Sworn and subscribed on the date: 1/30/2021

Signed: *Rodk E. D* Rodrick E. DeBose

## Invoice

From:
Rodrick Debose
8413 N. Armenia Ave. #1006
Tampa, FL 33604

**Invoice#01302021**

To:
TAMPA ELECTRIC COMPANY
P.O. Box 111
Tampa, FL 33601-0111

### Invoice

| | |
|---|---|
| 1st Invoice | $42,000.00 |
| 1 Violation of 15 USC 1692(a) | $1,000.00 |
| 1 Violation of 15 USC 1692b(2) | $1,000.00 |
| 3 Violation of 15 USC 1692b(5) | $3,000.00 |
| 1 Violation of 15 USC 1692c(a) | $1,000.00 |
| 1 Violation of 15 USC 1692c(a)(1) | $1,000.00 |
| 1 Violation of 15 USC 1692e(2)(a) | $1,000.00 |
| 1 Violation of 15 USC 1692f(8) | $1,000.00 |
| 1 Violation of 15 USC 1692j(a) | $1,000.00 |

**Total**      **$52,000.00**

Please make check payable to:
    Mail To:
    Attn: **Rodrick Debose**
    8413 N. Armenia Ave. #1006
    Tampa, FL 33604
    30 days to pay the invoice everyday late $4.99/ day.

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Tampa, FL 33601

| Certified Mail Fee | $3.55 | 0618 |
| --- | --- | --- |

| Extra Services & Fees *(check box, add fee as appropriate)* | $2.85 | |
| --- | --- | --- |
| ☐ Return Receipt *(hardcopy)* | $0.00 | |
| ☐ Return Receipt *(electronic)* | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |

| Postage | $1.40 | |
| --- | --- | --- |

| Total Postage and Fees | $7.80 | 11/16/2020 |
| --- | --- | --- |

Sent To
Tampa Electric Company

Street and Apt. No., or PO Box No.
P.O. Box 111

City, State, ZIP+4®
Tampa, FL 33601-0111

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

5644
1250
0001
2450
7020

---

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Tampa, FL 33601

| Certified Mail Fee | $3.55 | 0600 |
| --- | --- | --- |

| Extra Services & Fees *(check box, add fee as appropriate)* | $2.85 | 02 |
| --- | --- | --- |
| ☐ Return Receipt *(hardcopy)* | $0.00 | |
| ☐ Return Receipt *(electronic)* | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |

| Postage | $0.70 | |
| --- | --- | --- |

| Total Postage and Fees | $7.10 | 12/21/2020 |
| --- | --- | --- |

Sent To
Tampa Electric Company

Street and Apt. No., or PO Box No.
P.O. Box 111

City, State, ZIP+4®
Tampa, FL 33601-0111

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tampa Electric Company
P.O. Box 111
Tampa, FL 33601-0111

2. Article Number *(Transfer from service label)*

7019 2280 0001 2617 1429

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
NOV 19 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9590 9402 8179 0220 0175 59

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tampa Electric Company
P.O. Box 111
Tampa, FL 33601-0111

2. Article Number *(Transfer from service label)*

7020 2450 0001 1250 5644

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

02 6086 0125 7857 14

# CEASE AND DESIST

Pursuant to 15 USC 1692c.(C) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c.(c)(2)-

I am invoking my specified remedy as a consumer, and original creditor I am demanding all of the following:

1. Zero out the balance on this account every month.
2. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.
3. Pursuant 15 USC 1692h remit all payment to Rodrick DeBose
4. Deletion from all consumer reports

Best regards,

Signature _____

1.   AFFIDAVIT OF TRUTH

2.   I Rodrick Debose, the Undersigned affiant, hereinafter "Affiant," I am Consumer, original creditor, natural person, lender, executor, administrator, holder in due course for any and all derivatives thereof for and I have been appointed and accept being the executor both public and private for all matters proceeding, I hereby claim that I Rodrick Debose and autograph as the agent, attorney in fact, so be it; Whereas, I of age, majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

3.   All the facts stated herein are true, correct, and complete in accordance with consumer's best firsthand knowledge and understanding the fact that the Fair Debt Collection Practices Act is intended to protect my right to privacy and my privacy has been breached so be it, Fair Debt Collection Practices Act is to protect consumers from deceptive and abusive practices. I have be abused and deceived so be it by an debt collector.

4.   Fact, pursuant 15 USC 1602(p) that there has been unauthorized use of my credit card without me benefiting from this consumer credit transaction that I initially authorize with the assumption I would benefit from it. My lack of benefit were taken by misleading and deceptive forms every month 15 USC 1692j(a). TAMPA ELECTRIC COMPANY has been attempting to collect on a debt that is not owed. According to Truth in Lending Act 15 USC 1602(g) only a person can be a creditor; I am the original creditor. This herein affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it. If called upon to testify as a witness I the consumer and original creditor shall so state herein.. Pursuant 15 USC 1692e(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. The fair debt collection practices acts has been violated and pursuant 15 USC 1692k(a)(2) civil liabilities invoice is attached.

Plain Statement of
Facts

Fact, affiant is aware and has proof in the attachment labeled as exhibit A that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692b(5), & 15 1692f(8)

Fact, affiant is aware and has proof in the attachment labeled as exhibit B that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692(a), 15 1692b(2), 15 USC 1692b(5), 15 USC 1692c(a), 15 USC 1692c(a)(1), 15 USC 1692e(2)(a) & 15 USC 1692j(a)

5.  I swear to all information provided herein, I do so under the penalty of perjury and that the information I so affirm should be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contact.

I do not consent to these proceedings.

Notarized In person

_Roderick E. De_ (signature)

_Roderick E. DeBose_ (printed name)

_12/21/2020_ (Date)

STATE OF: _FL_ COUNTY OF: _Hillsborough_

Subscribed and sworn to (or affirmed) before me this _21st_ day of

_December_ , 20 _20_ , by _Roderick, DeBose_ , who

is personally known to me or who has produced _FL Drivers license_ as

identification.

In witness thereof, I hereunto set my hand and official seal.

_Amber M_
Notary Public Signature

(SEAL)

_Amber Munoz_
Notary Public Printed Name

AMBER MUNOZ
Notary Public - State of Florida
Commission # GG 946362
My Comm. Expires Jan 12, 2024
Bonded through National Notary Assn.

My Commission Expires: _January 12th, 2024_

TECO
AN EMERA COMPANY
P.O. BOX 31318
TAMPA, FL 33631-3318

15 USC 1692b(5)

15 USC 1692f(8)

0393740023    E1   KM1B2P1   33604

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
TAMPA, FL
PERMIT NO 1845

# TECO
## TAMPA ELECTRIC
### AN EMERA COMPANY

15 USC 1692b(5)

## ACCOUNT INVOICE

tampaelectric.com   f ♥ ℗ 8 in

15 USC 1692b(a)

RODRICK DEBOSE
8413 N ARMENIA AVE, APT 1006 — 15 USC 1692c(a)
TAMPA, FL 33604-2676

15 USC 1692c(a)(1)

Statement Date: 12/07/2020
Account: 211017343990

15 USC 1692e(2)(a)

| | |
|---|---|
| **Current month's charges:** | $56.56 |
| **Total amount due:** | $56.56 |
| **Payment Due By:** | 12/28/2020 |

15 USC 1692e(2)

### Your Account Summary

| | |
|---|---|
| Previous Amount Due | $51.73 |
| Payment(s) Received Since Last Statement | -$51.73 |
| Current Month's Charges | $56.56 |
| **Total Amount Due** | **$56.56** |



# SHARE THE
# HOPE

Donate today to help pay
energy bills for families in need
in your community.

tampaelectric.com/share

Amount not paid by due date may be assessed a late payment charge and an additional deposit

## One Less Worry :)

Paperless = Worry less! Free eBill signup:   tampaelectric.com/paperless


EMAIL ALERTS

To ensure prompt credit, please return stub portion of this bill with your payment. Make checks pay able to TECO.

# TECO
## TAMPA ELECTRIC
### AN EMERA COMPANY

15 USC 1692b(5)

WAYS TO PAY YOUR BILL

mail   phone   online   pay agent

See reverse side for more information

Account: 211017343990

| | |
|---|---|
| **Current month's charges:** | $56.56 |
| **Total amount due:** | $56.56 |
| **Payment Due By:** | 12/28/2020 |
| Amount Enclosed | $ |

02002642 01 AV  0 36 33604 FTECO11207292324318 00000 02 00000000 007 02 2473   .BA3
[barcode text]
RODRICK DEBOSE
8413 N ARMENIA AVE, APT 1006
TAMPA, FL 33604-2676

15 USC 1692j(a)

MAIL PAYMENT TO:
TECO
P.O. BOX 31318
TAMPA, FL 33631-3318




6773092856102110173439900000000056560

Page 1 of 5

Invoice

From:
Rodrick Debose
8413 N. Armenia Ave. #1006
Tampa, FL 33604

Invoice#12192020

To:
TAMPA ELECTRIC COMPANY
P.O. Box 111
Tampa, FL 33601-0111

Invoice

| | |
|---|---|
| 1st Invoice | $42,000.00 |
| 1 Violation of 15 USC 1692(a) | $1,000.00 |
| 1 Violation of 15 USC 1692b(2) | $1,000.00 |
| 3 Violation of 15 USC 1692b(5) | $3,000.00 |
| 1 Violation of 15 USC 1692c(a) | $1,000.00 |
| 1 Violation of 15 USC 1692c(a)(1) | $1,000.00 |
| 1 Violation of 15 USC 1692e(2)(a) | $1,000.00 |
| 1 Violation of 15 USC 1692f(8) | $1,000.00 |
| 1 Violation of 15 USC 1692j(a) | $1,000.00 |

Total                    $52,000.00

Please make check payable to:
Mail To:
Attn: Rodrick Debose
8413 N. Armenia Ave. #1006
Tampa, FL 33604
30 days to pay the invoice everyday late $4.99/ day.

1. AFFIDAVIT OF TRUTH

2. I Rodrick DeBose, the Undersigned affiant, hereinafter "Affiant," I am Consumer, original creditor, natural person, lender, executor, administrator, holder in due course for any and all derivatives thereof for and I have been appointed and accept being the executor both public and private for all matters proceeding, I hereby claim that I Rodrick DeBose and autograph as the agent, attorney in fact, so be it; Whereas, I of age, majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

3. All the facts stated herein are true, correct, and complete in accordance with consumer's best firsthand knowledge and understanding the fact that the Fair Debt Collection Practices Act is intended to protect my right to privacy and my privacy has been breached so be it, and Fair Debt Collection Practices Act is to protect consumers from deceptive and abusive practices. I have be abused and deceived so be it by an debt collector.

4. Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/ or with any affiliates will ensure my privacy right will not be violated again due to my lack of consent and this herein unrebutted affidavit of truth being serviced to you today and therefore, standing as truth in commerce, so be it. If called upon to testify as a witness I the consumer and original creditor shall so state herein. Also Remedy to direct every payment to the consumer Rodrick DeBose as 15 USC 1692h. Pay invoice that is attached.

Plain Statement of
Facts

Fact, affiant is aware and has proof in the attachment labeled as exhibit A that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692b(5), 15 USC 1692e(14), & 15 USC 1692f(8)

Fact, affiant is aware and has proof in the attachment labeled as exhibit B that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692(a), 15 USC 1692b(2), 15 USC 1692b(5), 15 USC 1692e(2)(a), & 15 USC 1692e(14)

Fact, affiant is aware and has proof in the attachment labeled as exhibit C that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692b(2), 15 USC 1692b(5) & 15 USC 1692e(14),

Fact, affiant is aware and has proof in the attachment labeled as exhibit D that TAMPA ELECTRIC COMPANY, is in violation of 15 USC 1692b(5), 15 USC 1692e(2)(a), & 15 USC 1692e(14)

Fact, affiant is aware and has proof in the attachment labeled as exhibit E that TAMPA ELECTRIC COMPANY. is in violation of 15 USC 1692b(5) & 15 USC 1692e(14)

5.

Signature

I certify that, to the best of my knowledge and belief, all the information on and attached to this affidavit is true, correct, and complete and made in good faith. I also understand that this affidavit or the information it contains may be made available to federal, state, and/or Local Law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may constitute a violation of 18 U.S.C. § 1001 or other federal, state, or Local criminal statutes, and may result in imposition of a fine or imprisonment or both.

_Rodric E DuBose_
(signature)

_11/16/2020_
(date signed)

(Notary) _BARBARA FLORES_

BARBARA FLORES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG275129
Expires 12/15/2022

(signature)

(printed name)

_11/16/20_
(date)

TECO

AN EMERA COMPANY

P.O. BOX 31318
TAMPA, FL 33631-3318

(15 USC 1692d(4))

(15 USC 1692e(5))

(15 USC 1692f(6))

Exhibit A

0397542827   51   JM193ZB1   33604

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
TAMPA, FL
PERMIT NO 1546



15 USC 1692b(5)
15 USC 1692c(14)

## ACCOUNT INVOICE

tampaelectric.com

Exhibit B

15 USC 1692(a)

15 USC 1692e(2)(a)

Statement Date: 11/05/2020
Account: 211017343990    15 USC 1692e(2)(a)

RODRICK DEBOSE
8413 N ARMENIA AVE, APT 1006
TAMPA, FL 33604-2676

15 USC 1692b(2)

**Current month's charges:** $51.73
**Total amount due:** $51.73
**Payment Due By:** 11/30/2020

15 USC 1692 b(2)

### Your Account Summary

15 USC 1692e(2)(a)

Previous Amount Due    $54.75
Payment(s) Received Since Last Statement    15 USC 1692e(2)(a) -$54.75
Current Month's Charges    $51.73

**Total Amount Due**    $51.73
15 USC 1692 b(2)
DO NOT PAY. Your account will be drafted on 11/30/2020    15 USC 1692 e(2)(a)



**Zap Cap** SYSTEMS

### Don't Miss Free Installation Through November 30th

Enjoy life uninterrupted and avoid unexpected repairs with Zap Cap surge protection.
Visit tampaelectric.com/zapcap or call 877-SURGE22 to learn more.

Amount not paid by due date may be assessed a late payment charge and an additional deposit.

## Scammers are calling. Don't be a victim.
15 USC 1692e(14)

· Scammers can alter caller ID numbers to make it look like TECO is calling.
· We will never ask you to purchase a prepaid credit or debit card.
· Know what you owe. Reference your most recent bill or log in to your online account.
· If you think a call is a scam, hang up and call us.

Scammer calling...

15 USC 1692e(14)    15 USC 1692b(2)    15 USC 1692b(2)    15 USC 1692e(2)(a)

To ensure prompt credit, please return club portion of this bill with your payment. Make checks payable to TECO.    15 USC 1692c(c)(a)
Account: 211017343990
15 USC 1692b(2)

**TECO** TAMPA ELECTRIC AN EMERA COMPANY

WAYS TO PAY YOUR BILL
mail  phone  online  pay in person
See reverse side for more information.

15 USC 1692 b(3)    15 USC 1692b(2)

**Current month's charges:** $51.73
**Total amount due:** $51.73
**Payment Due By:** 11/30/2020
**Amount Enclosed** $

15 USC 1692b(2)    689654934809 DO NOT PAY, YOUR ACCOUNT WILL BE DRAFTED ON 11/30/2020

00904449 01 AV  0.39 33984 FTECO1110520203313010 00000 02 00000000 011 02 0119    007
RODRICK DEBOSE
8413 N ARMENIA AVE, APT 1006
TAMPA, FL 33604-2676

MAIL PAYMENT TO:  15 USC 1692b(2)
TECO
P.O. BOX 31318
TAMPA, FL 33631-3318
15 USC 1692e(14)

689654934809 DO NOT PAY, YOUR ACCOUNT WILL BE DRAFTED ON 11/30/2020    Page 1 of 5

TECO
TAMPA ELECTRIC
AN EMERA COMPANY

*15 USC 1692b(5)*

*15 USC 1692e(14)*

Exhibit C

tampaelectric.com

## Contact Information

**Residential Customer Care**
813-223-0800 (Hillsborough County)
863-299-0800 (Polk County)
888-223-0800 (All other counties)

**Commercial Customer Care**
866-832-6249

**Hearing Impaired/TTY**
711

**Power Outages Toll-Free**
877-588-1010

**Energy-Saving Programs**
813-275-3909

**Mail Payments to**
TECO
P.O. Box 31318
Tampa, FL 33631-3318

**All Other Correspondence**
Tampa Electric,
P.O. Box 111
Tampa, FL 33601-0111

## Understanding Your Electric Charges

**Average kWh per day** – The average amount of electricity used per day.

**Basic Service Charge** – A fixed monthly amount that covers the cost of providing service to your location.

**Bright Choices** – The number of leased light fixtures and/or poles and associated fees and charges.

**Budget Billing** – Optional plan averages your home's last 12 monthly billing periods so you pay the same amount for your service each month.

**Energy Charge** – The cost (except fuel) of producing and delivering the electricity you purchased, including conservation, environmental and capacity cost recovery charges.

**Estimated** – If Tampa Electric was unable to read your meter, "ESTIMATED" will appear. Your meter will be read next month, and any difference will be adjusted accordingly.

**Florida Gross Receipts Tax** – A tax is imposed on gross receipts from utility services that are delivered to retail customers in Florida, in accordance with Chapter 203 of the Florida Statutes. Utility companies collect the tax from its customers, unless exempt, and remit to the state.

**Florida State Tax** – A tax imposed on every person who engages in the business of selling or renting tangible personal property at retail in Florida, in accordance with Chapter 212 of the Florida Statutes.

**Franchise Fee** – A fee levied by a municipality for the right to utilize public property to provide electric service. The fee is collected by Tampa Electric and paid to the municipality.

**Fuel Charge** – Cost of fuel used to produce electricity you purchased. Fuel costs are passed through from fuel suppliers to our customers with no markup or profit to Tampa Electric.

**Kilowatt-Hours (kWh)** – The basic measurement of electric energy.

**Late Payment Charge** – For past due amounts more than $10, the late payment charge is the greater of $5 or 1.5% of the past due amount. For past due amounts of $10 or less, the late payment charge is 1.5% of the past due amount.

**Municipal Public Service Tax** – Many municipalities levy a tax on the electricity you use. It is collected by Tampa Electric and paid to the municipality.

**Past Due** – The amounts shown as past due are subject to late payment charges and could result in disconnection.

**Rate Schedule** – The rate and policy you pay depends on your customer category. The cost of providing service varies with the customer group.

**Share** – A program co-sponsored by Tampa Electric and the Salvation Army to help people in need pay the energy bills of others who are in distress, and matched by Tampa Electric.

**Sun Select** – The cost of producing energy you purchased from renewable solar generation facilities. You pay no fuel charge for the Sun Select portion of your bill.

**Sun to Go** – The amount of electricity purchased from solar generating sites associated the Sun to Go program, which provides reduced renewable energy purchased at 200 kWh blocks.

**Total Amount Due** – This month's charges will be past due after the date shown. THIS DATE DOES NOT EXTEND THE DATE ON ANY PREVIOUS PAST DUE AMOUNT. It's important that you pay your bill before this due date to avoid interruption of service.

**Zap Cap Systems** – Surge protection for your home or business sold separately. It's a non-energy charge.

For more information about your bill, please visit tampaelectric.com

**Your payment options are** *– 15 USC 1692b(2)*
• Schedule one-time or recurring payments at tecoaccount.com using a checking or savings account.
• Mail your payment in the enclosed envelope. Please allow sufficient time for delivery.
• Pay in person at an authorized Western Union payment location, which can be found at tampaelectric.com.
• Pay by credit card using KUBRA EZ-PAY at tecoaccount.com or by calling 866-689-6469. A convenience fee will be charged to your bank account or credit card. *15 USC 1692b(2)*

**When making your payment, please have your bill or account number available.** *– 15 USC 1692b(2)*

Please note: If you choose to pay your bill at a location not listed above or fail to provide it to Tampa Electric, you are paying such outlet who is not authorized to act as a payment agent of Tampa Electric. You bear the risk that the unauthorized party will not relay the payment to Tampa Electric and do so in a timely fashion. Tampa Electric is in no position to assure payments made to unauthorized agents, including their failure to deliver or timely deliver the payment to us. Such failures may result in late payment charges to your account or service disconnection.

Para leer, visite tampaelectric.com para ver esta información en español.

**TECO**
TAMPA ELECTRIC
AN EMERA COMPANY

15 USC 1692b(5)

15 USC 1692e(14)

## ACCOUNT INVOICE

tampaelectric.com   f ⅴ ℗ 𝔤 ⅋ in

Account: **211017343990**
Statement Date: **11/05/2020**
Current month's charges due **11/30/2020**

Exhibit D

15 USC 1692b(2)

### Details of Charges – Service from 10/01/2020 to 10/30/2020

Service for: 8413 N ARMENIA AVE, APT 1006, TAMPA, FL 33604-2670

Rate Schedule: Residential Service

| Meter Number | Read Date | Current Reading | - | Previous Reading | = | Total Used | Multiplier | Billing Period |
|---|---|---|---|---|---|---|---|---|
| 1000218999 | 10/30/2020 | 6,665 | | 6,310 | | 355 kWh | 1 | 30 Days |

15 USC 1692e(2)(a)

15 US 1692e(2)(a)

**Tampa Electric Usage History**
Kilowatt-Hours Per Day
15 USC 1692e(2)(a)(Average)

| Basic Service Charge | $15.05 |
|---|---|
| Energy Charge | 355 kWh @ $0.05735/kWh $20.36 |
| Fuel Charge | 355 kWh @ $0.02285/kWh $8.11 |
| Florida Gross Receipt Tax | $1.12 |
| Electric Service Cost | $44.64 |
| Franchise Fee | $2.92 |
| Municipal Public Service Tax | $4.17 |
| Total Electric Cost, Local Fees and Taxes | $51.73 |

15 USC 1692e(2)(a)

15 USC 1692e(2)(a)

15 USC 1692e(2)(a)

15 USC 1692e(2)(a)

### Total Current Month's Charges     $51.73

15 USC 1692e(2)(a)

NOV 2020
OCT
SEP
AUG
JUL
JUN
MAY
APR
MAR
FEB
JAN
DEC
NOV 2019

## Important Messages     15 USC 1692b(2)

We've noticed that you have been paying your bill electronically lately. To help cut down on clutter and waste, we are no longer including a remittance envelope with your bill. Should you want to mail in your payment, you can request a payment envelope by calling 813-223-0800 or simply use a regular envelope and address it to Tampa Electric Company P.O. Box 31318  Tampa, Florida 33631-3318.

**New Storm Protection Clause**
This January, you'll see a new line item on your bill called Storm Protection Charge. It will support the new Storm Protection Plan, which will help prevent power outages and reduce power restoration time during severe weather. This program will benefit all customers by strengthening our power system and making storm restoration faster – and cheaper. Visit tampaelectric.com/spp for more information.

**More clean energy to you**
By the end of 2023, Tampa Electric will have about 14% of its energy generated from the sun – the highest percentage of solar generation of any utility in the state of Florida and enough to power more than 200,000 homes. Visit tampaelectric.com/solar to learn more. For the 12-month period ending Sept. 2020, the percentage of fuel type used by Tampa Electric to provide electricity to its customers was Natural Gas 81%, Coal 4%, Purchased Power 10% and Solar 5%. Tampa Electric provides this information to our customers on a quarterly basis.



# HERE'S HOW TO SAVE.

## Select an energy audit that's right for you.

*Exhibit E*



### Free Online Energy Audit

Complete a free personalized audit at tampaelectric.com/energyaudit. Our online audit lets you set up helpful alerts, monitor usage, tap into informative videos and more. Our energy experts encourage you to revisit your personalized audit throughout the year to monitor your usage, review seasonal tips and more.

### Phone-Assisted Audit

Speak directly with a Tampa Electric energy expert who can help pinpoint where you're using the most energy - like your air conditioner, water heater, refrigerator and more. Complete a free quick and easy phone audit by calling the number listed below.

### Free In-Home Energy Audit

Schedule a convenient time for a free In-Home Energy Audit. One of our Nationally Certified energy analysts will evaluate your heating & cooling system, ductwork, insulation and other areas throughout your home to find ways you can start saving immediately.

### Comprehensive Audit

Our Comprehensive Audit provides an in-depth energy evaluation of your entire home. In addition to measuring your home, windows, doors and insulation levels, one of our Nationally Certified energy analysts will compile a list of specs based on your heating & cooling system and other appliances. The Comprehensive Audit is only $15.

### BERS Audit

You may also opt for an on-site Building Energy Efficiency Rating System (BERS) test to rate your home's energy efficiency. The cost of a BERS test ranges from $95 to $239, depending on the level of analysis performed.

Visit **tampaelectric.com/save** to sign up and learn more about all our energy-saving programs. You can also call our energy experts at **813.275.3909** on weekdays from 8 a.m. to 5 p.m.

*COVID-19 Update:*
For the safety of our customers, employees and contractors, we have temporarily stopped non-essential face-to-face and in-home interactions until further notice. This applies to our In-Home, Comprehensive and BERS Audit. View our website for the latest information.

ELE100620

## MAXIMIZE YOUR SAVINGS WITH THESE OTHER PROGRAMS

 **Energy Planner**
Take control of your energy savings by taking advantage of lower rates—it's free.

 **Ceiling Insulation**
Receive a certificate that you can use to help pay for added insulation in your attic.

 **Ductwork**
Schedule a duct check and we'll inspect and seal any leaks for as little as $125 per heating and cooling unit.

 **Heating and Cooling**
Install a high-efficiency heating and cooling system and receive a rebate up to $135.

 **New! ENERGY STAR Smart Thermostat**
A certified smart thermostat that controls heating & cooling can help you save money and earn a rebate up to $50.

 **New! ENERGY STAR Pool Pump**
Earn a rebate up to $350 when you install a certified pool pump for a residential in-ground pool or spa.

15 USC 1692 b(5)



15 USC 1692e(14)

## Invoice

From:
Rodrick Debose
8413 N. Armenia Ave. #1006
Tampa, FL 33604

Invoice#111620

To:
TAMPA ELECTRIC COMPANY
P.O. Box 111
Tampa, FL 33601-0111

### Invoice

| | |
|---|---|
| 1 Violation of 15 USC 1692(a) | $1,000.00 |
| 15 Violation of 15 USC 1692b(2) | $15,000.00 |
| 6 Violation of 15 USC 1692b(5) | $6,000.00 |
| 13 Violation of 15 USC 1692e(2)(a) | $13,000.00 |
| 6 Violation of 15 USC 1692e(14) | $6,000.00 |
| 1 Violation of 15 USC 1692f(8) | $1,000.00 |

Total                            $42,000.00

Please make check payable to:
    Mail To:
    Attn: Rodrick Debose
    8413 N. Armenia Ave. #1006
    Tampa, FL 33604
    30 days to pay the invoice everyday late $4.99/ day.



February 1, 2021

Rodrick Debose
8413 N. Armenia Ave.
Apt. 1006
Tampa, FL 33604-2676

Subject:    Account No. 211017343990 ("Electric Account") and enclosed documents

Dear Mr. Debose:

Tampa Electric Company is in receipt of the enclosed documents.

We have reviewed your recent payment history and find that your account is up to date. Tampa Electric has not sent your Electric Account to collections. We see no violation of applicable law.

Please note that if you desire to terminate electrical service, you can do so on our website at www.tampaelectric.com or you may contact our Customer Care Team to make suitable arrangements at 888-223-0800 (7:30 am to 6:00 pm Monday through Friday).

Sincerely,

Rick C. Swirbul/ BLD

Rick C. Swirbul
Manager Credit & Collections and Payments

Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____          Postmark
☐ Certified Mail Restricted Delivery  $ _____            Here
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Tampa Eletric Company
Street and Apt. No., or PO Box No.
   P.O. Box   111
City, State, ZIP+4®
   Tampa, Fl 33601-0111

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 1290 0000 9565 4684

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

📋 Submit a Complaint

< All complaints (.)

# 201230-5845047

CLOSED

 Submitted

## We received your complaint. Thank you.

**STATUS**

Submitted to the
CFPB on
12/30/2020

**PRODUCT**

Debt collection

**ISSUE**

Written notification
about debt

We will review your complaint. Depending on what we find, we will typically:

▪ Send your complaint to the company for a response; or

▪ Send your complaint to another state or federal agency, or help you get in touch
with your state or local consumer protection office; or

▪ Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Tampa Electric Company has violated the fair debt collection
practices act. Seven different laws to protect consumer against
abusive and deceptive practices. Pursuant 15 USC 1692(a)
deceptive practices, 15 USC 1692b(2) state that consumer
owes a debt, 15 USC 1692b(5) use of logo or symbols on
envelope and contents within, 15 USC 1692c(a)
communication directly with me with the intent to collect an
debt without prior consent, 15 USC 1692c(a)(1) contacting me
at unusual times I work for 7a.m-10p.m eastern standard time,
15 USC 1692c(c) I wrote a letter for TECO to cease
communication through all mediums but they have not, 15
USC 1692e(2)(A) using false and misleading amounts with the
attempt to collect on a debt that is not owed, & 15 USC
1692j(a) using deceptive form to make me believe that I the
original creditor and consumer owes this alleged debt. Truth
in Lending act 15 USC 1602(p) unauthorized use of a credit
card because I have not received any benefit from the
consumer credit transaction.

View full complaint ➕

**ATTACHMENTS**

Rodteco2ndaffidavit.pd
(3.7 MB)

rod teco
affidavit
signed.jpg (1.1
MB)

RodTecoInvoice.docx
(12.7 KB)

TecoABDexhibits.pdf
(2.3 MB)

rod teco
affidavit
signed_1.jpg
(850.1 KB)

Tecoexhibitc&e.pdf
(2.1 MB)